# Court of Appeals
# of the State of Georgia

ATLANTA, MARCH 11, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0279. GRANITE LOAN SOLUTIONS, LLC v. CLARENCE KING.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of State Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:
STCV1401149 STCV1400489



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, MARCH 11, 2015*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*